IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON DEAN GEILS, | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:11-cv-00650 |
| | § | |
| DON PATIN, | § | |
|     *Defendant.* | § | |

## CERTIFICATE OF INTERESTED PERSONS

Plaintiff certifies that all persons, associations of persons, firms, partnerships, guarantors, insurers, affiliates, parent corporations or other legal entities who are corporations which have a financial interest in the outcome of this case are listed below.

1. Scott H. Palmer, P.C.
2. Scott H. Palmer
3. Jason Dean Geils
4. Don Patin
5. City of Carrollton Police Department

    Respectfully submitted,

    **SCOTT H. PALMER, P.C.**

    /s/ Scott H. Palmer_____
    SCOTT H. PALMER
    State Bar No. 00797196

    15455 Dallas Parkway, Suite 540
    Addison, Texas 75001
    Telephone:   214.987.4100
    Facsimile:   214.922.9900

    ATTORNEY FOR PLAINTIFF