UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JASON DEAN GEILS,<br>    Plaintiff,<br><br>v.<br><br>DON PATIN<br>    Defendants. | §<br>§<br>§   Civil Action No. 3:11-CV-0650-B (Bk)<br>§<br>§<br>§<br>§<br>§ |

## ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings and Recommendation of United States Magistrate Judge Renee Harris Toliver on Plaintiff's Motion to Reopen Discovery.  A party filed objections, and the District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made.  The objections are overruled, and the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's motion (Doc.67) is **GRANTED**, and the discovery period is extended 30 days from the date of this order.

**SO ORDERED** this 15th day of August, 2012.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE